UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANET MARTIN, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | |
| CVS CORPORATION, *et al.*, | : | JUDGE: |
| | : | |
| Defendants. | : | |

NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446, Defendant CVS Health Corporation (previously known as CVS Corporation)[1] by and through undersigned counsel, submits this Notice of Removal to the United States District Court for the District of Columbia, and in support thereof states as follows:

1. **State Court Action.**

Plaintiff Janet Martin (hereinafter "Plaintiff") filed this action in the Superior Court for the District of Columbia, Case No. 2021 CA 001828 B, on May 24, 2021. Copies of the Summons and Complaint are attached as Exhibit 1.

2. **Diversity of Citizenship.**

There is complete diversity of citizenship between Plaintiff and Defendants. Plaintiff is a citizen and resident of the District of Columbia. *See* Exhibit 1 at caption.

Plaintiff has filed suit against CVS Corporation and "Any Entity doing business as CVS, Inc." Id. CVS Corporation is now known as CVS Health Corporation. CVS Health Corporation is, and at the time of filing was, a corporation existing under the laws of the state of Delaware,

---

[1] "Any Entity doing business as CVS, Inc." is not a valid legal entity.

having its principal place of business in the State of Rhode Island. Thus, CVS Health Corporation (previously known as CVS Corporation) is considered a citizen of Delaware and Rhode Island for purposes of determining federal diversity jurisdiction. *See* Exhibit 2, Defendant's Corporate Disclosure Statement.

CVS Health Corporation is not the proper defendant in this lawsuit. The proper defendant in this lawsuit is District of Columbia CVS Pharmacy, L.L.C.[2] District of Columbia CVS Pharmacy, L.L.C., is, and at the time of filing of this action was, a limited liability company formed in the District of Columbia, whose sole member is CVS Pharmacy, Inc., which is, and at the time of the filing of this action was, a corporation existing under the laws of the State of Rhode Island, having its principal place of business in the State of Rhode Island. Thus, District of Columbia CVS Pharmacy, L.L.C., is considered a citizen of the State of Rhode Island for purposes of determining federal diversity jurisdiction. See Breakman v. AOL LLC, 545 F.Supp.2d 96, 102 (D.D.C.2008) (a limited liability company's citizenship is that of its member for diversity jurisdiction purposes).

    3.    **Amount in Controversy.**

The amount in controversy in this action exceeds the sum of $75,000.00, exclusive of interest and costs. Exhibit 1, at Prayer for Relief.

    4.    **Diversity Jurisdiction.**

This action is one under which the Court has jurisdiction pursuant to 28 U.S.C. § 1332 and which may be removed to this Court pursuant to 28 U.S.C. § 1441, as it is a civil action in

---

[2] Plaintiff alleges negligence occurring in a CVS located at 3037 14th Street, N.W., Washington, D,C, The CVS at issue is operated by District of Columbia CVS Pharmacy, L.L.C., and not CVS Corporation. Specifying District of Columbia CVS Pharmacy, L.L.C. is the "proper" defendant in this case is not an admission of liability. Although District of Columbia CVS Pharmacy, L.L.C., is not a party in this lawsuit, this Notice addresses its citizenship solely to illustrate that substituting or adding District of Columbia CVS Pharmacy, L.L.C., as a defendant will not affect diversity jurisdiction.

#5201021v.1

which there is complete diversity between Plaintiff and Defendant, and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

5. **Timeliness of Notice of Removal.**

Defendant first received notice of this civil action through service of the attached Summons and Complaint on July 23, 2021. *See* Exhibit 1. This removal is being filed within thirty (30) days of service, and the removal of this action is, therefore, timely under 28 U.S.C. § 1446(b).

6. **Required Documents.**

Defendant is filing with this Notice of Removal the following:

(a) Copies of the Summons and Complaint (attached as Exhibit 1). No other process, pleadings or orders have been served on Defendant;

(b) Corporate Disclosure Statement (filed contemporaneously and attached as Exhibit 2);

(c) Notice of Filing Notice of Removal (filed in the Superior Court for the District of Columbia, and attached as Exhibit 3); and

(d) Civil Cover Sheet (submitted and attached as Exhibit 4).

**WHEREFORE**, CVS Health Corporation respectfully request that this Court remove this action from the Superior Court of the District of Columbia, to this Court for further proceedings and that this Court take jurisdiction herein and make such further orders as may be just and proper.

Respectfully submitted,

By:     */s/ Scott Patrick Burns*
Scott Patrick Burns, 991521
TYDINGS & ROSENBERG LLP
1 East Pratt Street, Suite 901
Baltimore, MD 21202
Telephone: (410) 752-9700
Fax: (410) 727-5460
sburns@tydings.com

*Attorney for Defendant*

- 5 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 6th day of August 2021, a copy of the foregoing document was served via U.S. mail, postage prepaid on:

> Jeffrey Styles, Esquire
> Washington Legal Group
> 1666 K Street, N.W., Suite 440
> Washington, D.C. 20002
>
> *Attorneys for Plaintiff*

                                       */s/ Scott P. Burns*
                                       Scott Patrick Burns, 991521

#5201021v.1